# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| JAMES H. WILLIAMS, | : No. 82 EM 2014 |
| Petitioner | : |
| v. | : |
| HON. SHEILA WOODS-SKIPPER (JUDICIARY OFFICER FOR COURT OF COMMON PLEAS OF PHILA. PA.), | : |
| Respondent | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 11th day of August, 2014, the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is directed to strike the name of the jurist from the caption.